IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

CHARLES B. ERWIN,              )
                               )
            Plaintiff,         )
                               )
      v.                       )   1:06CV59
                               )
UNITED STATES OF AMERICA,      )
                               )
            Defendant.         )

**O R D E R**

This matter comes before the Court sua sponte. The case has just been referred for decision on dispositive motions. However, with the trial date being for the January 2008 Master Trial Calendar, there is not enough time for preparation of a Recommendation and then a review under the Recommendation process, which requires that the parties have time to file objections and the District Judge to review the same. Therefore,

**IT IS ORDERED** that the Clerk move this case to the April 2008 Master Trial Calendar.

/s/ Russell A. Eliason
United States Magistrate Judge

November 2, 2007